## No. 14,466.

### A. T. FELT VS. THE VICKSBURG, SHREVEPORT & PACIFIC RAILROAD COMPANY.

In a suit for damages against a railroad company for opening one and closing two culverts in the road-bed, extending through plaintiff's land, by which it is claimed by plaintiff, the rain and seepage water were made to stand in his field, and drainage prevented, causing the loss of crop; the court will inquire into the situation of the land and its means of drainage, and the company will not be held responsible, if from the testimony it appears the plaintiff's alleged losses were due to depressions in the land, and obstructed drainage, not at all connected with the closing or opening of the culverts.

APPEAL from the Seventh Judicial District Court, Parish of Madison. *Montgomery, J.*

---

The judgment of the District Court sustained the demand of plaintiff for the removal of the box culverts and rejected all claim for damages.

---

*James T. Coleman* Attorney for Plaintiff and Appellant.

---

*Stubbs & Russell* Attorneys for Defendants joining in the appeal asking that Plaintiff's entire demand be rejected.

---

The opinion of the court, reversing the judgment of the District Court and rejecting plaintiff's demand, was delivered by MILLER, J.